UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JELENA IVANOVIC<br>        Plaintiff, | : | HONORABLE JOSEPH E. IRENAS |
| v. | : | |
| ANA LABORATORIES, INC. | : | CIVIL ACTION NO. 02-6129(JEI) |
|         Defendant. | : | **VERDICT SHEET** |

**VERDICT FORM -- INTERROGATORIES**
**PLACE AN "X" IN THE APPROPRIATE SPACE**

INTERROGATORY NO. 1

1. Did the plaintiff prove by a preponderance of the evidence that Defendant's decision to terminate the plaintiff was motivated in whole or in part by her race, gender or national origin, or any combination thereof?

YES **X**          NO ____

If your answer is "NO" proceed to Interrogatory No. 3. If your answer is "YES" proceed to Interrogatory No. 2

INTERROGATORY NO. 2

2. Did the defendant prove by a preponderance of the evidence that it would have made the same decision to terminate the plaintiff even if it had not considered her race, gender or national origin or any combination thereof?

YES ____          NO **X**

Proceed to Interrogatory No. 3



INTERROGATORY NO. 3

3. Did the plaintiff prove by a preponderance of the evidence that Defendant's decision to discipline the plaintiff was motivated in whole or in part by her race, gender or national origin, or any combination thereof?

YES __X__          NO _____

If your answer is "NO" proceed to Interrogatory No. 5. If your answer is "YES" proceed to Interrogatory No. 4

INTERROGATORY NO. 4

4. Did the defendant prove by a preponderance of the evidence that it would have made the same decision to discipline the plaintiff even if it had not considered her race, gender or national origin or any combination thereof?

YES _____          NO __X__

Proceed to Interrogatory No. 5.

INTERROGATORY NO. 5

5. Did the plaintiff prove by a preponderance of the evidence that defendant created a hostile work environment for her based in whole or in part on her race, gender or national origin or any combination thereof?

YES __X__          NO _____

If you answered "NO" to Interrogatories Nos. 1, 3 and 5, **OR** if you answered "YES" to Interrogatories Nos. 2 and 4 and "NO" to Interrogatory No. 5, **OR** if you answered "NO" to Interrogatories Nos. 1 and 5 and "YES" to Interrogatory No. 4, **OR** of you answered "NO" to Interrogatories Nos. 3 and 5 and "YES" to Interrogatory No. 2 your work is completed and your foreperson should sign and date this verdict sheet. Otherwise, you should proceed to Interrogatories Nos. 6 and 7.

INTERROGATORY NO. 6

6. What amount of money will fairly compensate the plaintiff for damages she has proven by a preponderance of the evidence proximately resulted from defendant's violation of the laws forbidding workplace discrimination?

$ 35,000.⁰⁰

Proceed to Interrogatory No. 7.

INTERROGATORY NO. 7

7. Is the plaintiff entitled to an award of punitive damages?

YES  ✗          NO _____

You have now completed your deliberations. Thank you for your careful attention. Please sign and date the completed Verdict Sheet and return it to the Court.

Date: 2/8/2005

_____
Anthony Verna, Foreperson

3